**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

JOSE ALVARADO

                Plaintiff,

    -vs-                                     9:08-CV-1126

DR. S. RAMINENI, NEW YORK
STATE DEPARTMENT OF
CORRECTIONAL SERVICES

                Defendants.

---

**Thomas J. McAvoy**, D.J.

**DECISION and ORDER**

    This matter was referred to the Hon. George H. Lowe, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York.  In a Report-Recommendation dated March 15, 2010, Magistrate Judge Lowe recommended that the decision of the commissioner be affirmed.  Plaintiff has filed objections.

    When objections to a magistrate judge's Report-Recommendation are lodged, the Court reviews the record *de novo*.  See 28 U.S.C. § 636(b)(1).  After such a review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]."  Id.  The Court may also "receive further evidence or recommit the matter to the magistrate judge with instructions."  Id.  Thus, the Court reviews the instant

1

matter *de novo.*

After reviewing the matter *de novo*, the Court agrees with the Report-Recommendation in its entirety. The decision of the ALJ was supported by substantial evidence, and the correct legal standard was applied.

Plaintiff has not alleged in his complaint a denial of access to a service, program or activity by reason of his disability, as required by the ADA and Rehabilitation Acts.

Consequently, the Report-Recommendation is adopted in its entirety. Plaintiff's claim against DOCS is dismissed as to the ADA and Rehabilitation Act without prejudice to Plaintiff to amend his claim.

**IT IS SO ORDERED.**

Dated: July 22, 2010

Thomas J. McAvoy
Senior, U.S. District Judge