UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
────────────────────────────────────────

JOSE ALVARADO,

                Plaintiff,

  v.                                9:08-CV-1126
                                      (TJM/GHL)

DR. S. RAMINENI, NEW YORK
STATE DEPARTMENT OF
CORRECTIONAL SERVICES,

                Defendants.
────────────────────────────────────────

**THOMAS J. McAVOY,**
Senior United States District Judge

## DECISION & ORDER

### I.    INTRODUCTION

This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. George H. Lowe, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).  No objections to the Report-Recommendation and Order dated December 6, 2011 have been filed, and the time to do so has expired.  Furthermore, after examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

### II.  CONCLUSION

Accordingly, the Court **ADOPTS** the Report-Recommendation and Order for the

1

reasons stated therein.  Therefore, it is hereby

      **ORDERED** that Defendant's motion for summary judgment (Dkt. # 31) is **GRANTED** and the Complaint is **DISMISSED**.

**IT IS SO ORDERED**

Dated: January 3, 2012

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge